Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

FEB 26 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT

for the

Northern District of Georgia

Atlanta Division

| | |
|---|---|
| 1929 M&M FAMILY MINISTRIES EXPRESS TRUST (PRIVATE SPECIAL PRIORITY) James Maddox, civilian Administrator Janet Maddox, civilian Administrator | Case No. **1:20-CV-0885** *(to be filled in by the Clerk's Office)* |

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Seth G. Weissman/ WEISSMAN PC;
OCWEN Financial, /PHH Mortgage Services. et al;
(see attached)

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

## COMPLAINT AND REQUEST FOR INJUNCTION

### I.    The Parties to This Complaint

#### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | James Maddox, civilian admin |
| Street Address | c/o P.O. Box 2053 |
| City and County | Marietta, Cobb |
| State and Zip Code | Georgia, 30061 |
| Telephone Number | 678-662-5788 |
| E-mail Address | jmaddox2220@yahoo.com |

## Plaintiffs

1929 M&M Family Ministries UNINCORPORATED EXPRESS TRUST
c/o General Post Office –Box#2053
Maddox Province Georgia USMOI 00000-9998

James Maddox, civilian administrator
c/o P.O. Box 2053
Marietta, Georgia 30061
678-662-5788

Jmaddox2220@yahoo.com

Janet Maddox, civilian administrator
c/o P.O. Box 2053
Marietta, Georgia 30061
678-662-5788

## Defendants

Seth G. Weissman/ WEISSMAN PC;
3500 Lenox Rd, 4th Fl.
Atlanta, Georgia 30326
Attn: Seth Weissman

OCWEN Financial, /PHH Mortgage. Services. et al;
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409
Attn: CFO

HSBC Bank USA N.A. AS TRUSTEE FOR DEUTSCHE ALT-A SEC., INC.,
M LT, SERIES 2003-4XS;
8 East 40th Street-CTLA -Structured Finance
New York, New York 10016
ATTN: Trustee

NewRez LLC
1 Mortgage Way
Mt. Laurel NJ 08054
ATTN: CFO

Mortgage Electronic Registration Systems, Inc. (MERS)
1818 Library Street Suite 300
Reston, VA 20190
Attn: William Beckmann

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

**B.** **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Seth Weissman/ Weissman PC |
| Job or Title *(if known)* | Partner |
| Street Address | 3500 Lenox Road NE,One Alliance Center, 4th Fl |
| City and County | Atlanta, Fulton |
| State and Zip Code | Georgia 30326 |
| Telephone Number | 404-926-4505 |
| E-mail Address *(if known)* | seth@weissman.law |

Defendant No. 2

| | |
|---|---|
| Name | Ocwen Financial,/ PHH Mortgage Serv. et al |
| Job or Title *(if known)* | Ronald M. Farris-CFO and/or his successors, et al |
| Street Address | 1661 Worthington Road, Ste 100 |
| City and County | West Palm Beach, Palm Beach |
| State and Zip Code | Florida 33409 |
| Telephone Number | 1-800-746-2936 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | HSBC Bank USA N.A AS TRUSTEE FOR DEUTSCHE ALT-A |
| Job or Title *(if known)* | SECURITIES, INC., M LT, SERIES 2003-4XS |
| Street Address | 8 East 40th Street |
| City and County | New York, New York |
| State and Zip Code | New York 10016 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | NewRez LLC |
| Job or Title *(if known)* | CEO-Robert B. Crowl |
| Street Address | 3000 LEADENHALL ROAD |
| City and County | Mt. Laurel, Burlington |
| State and Zip Code | New Jersey 08054 |
| Telephone Number | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address *(if known)* _____

## II.     Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

⊠ Federal question            ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

12 USC 411 VIOLATIONS: 15 US -1& 2
15 U.S. Code § 1. Trusts, etc., in restraint of trade illegal; penalty(violations and restrictions on money)
15 U.S. Code § 2. Monopolizing trade a felony; penalty
15 USC Ch. 107: PROTECTION OF INTELLECTUAL PROPERTY RIGHTS

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual
The plaintiff, *(name)* _____, is a citizen of the
State of *(name)* _____.

b.     If the plaintiff is a corporation
The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

---

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

$4,440,000.00, violation of interest of the JAMES MADDOX Estate and JANET MADDOX Estate; violation of trust property and conspiracy in restraint of trade or commerce; Monopolizing trade; and violation of Intellectual Property (see exhibit A). Also, $560,000.00 plus approx. $300,000.00 fees and back payments of alledged mortgage.

FEE SCHEDULE VIOLATIONS Unauthorized Usage of Trademark/Copywrite/

| | |
|---|---|
| Trade name James Maddox including all derivatives: | $1,000,000.00 |
| Trade name Janet Maddox including all derivatives: | $1,000,000.00 |
| Warnings issued on Paper: $10,000.00 per day x2 | $20,000 per day |
| 12 USC 411 VIOLATIONS: 15 US -1& 2 | |
| 15 U.S. Code § 1. Trusts, etc., in restraint of trade illegal; penalty: | $1.000.000.00 |
| 15 U.S. Code § 2. Monopolizing trade a felony; penalty: | $1.000.000.00 |

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought.  State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur?

United States, Marietta Georgia ,Cobb County

B.   What date and approximate time did the events giving rise to your claim(s) occur?

At approx. 8:00AM EST, Weissman PC unlawfully advertised Trust property located at: 852 Oakton Pond Court NW, Marietta Georgia for sale in the Marietta Daily Journal which violated the Intellectual Property rights of the JAMES MADDX and JANET MADDOX ESTATE. Weissman represented themselves as attorney-in-fact for HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS even though they received notice of revocation of power of attorney. Weissman has trespassed on Trust property, committed fraud; caused intentional infliction of emotional destress.

NewRez LLC and PHH Mortgage services  has listed HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS as the holder of the alleged mortgage, per servicers NewRez LLC and PHH Mortgage services customer service dept.(Rashid# B2V), has identified Wells Bank as the alleged mortgage holder , but the information we received from NewRez LLC and PHH Mortgage services provides contact information for TIAA Bank.

On or around August 10, 2012 on behalf of HSBC Bank, USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS, Mortgage Electronic Registration Systems, Inc (MERS) unlawfully executed an assignment from HOME STAR MORTGAGE SERVICES LLC (who shows as being dissolved in 2002) to HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS. HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS lacks standing to bring forth foreclosure actions due to the fact that the debt has been settled via 12 USC 411 and the alleged mortgage is housed in a defective REMIC as per the Pooling and Serving agreement identified in the prospectus located on the SEC website .

C.   What are the facts underlying your claim(s)? *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

Plaintiff's filed an Intent and affidavit to only use lawful money pursuant to 12 USC 411, and these notices were sent and received by Defendants identifying that this alleged debt was settled in full with United States notes, No Federal Reserve notes were used. Weissman PC/Seth Weissman and HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS ignored our notices and continued foreclosure proceedings. We reserve the right to correct the record as to the method of payment.

Defendants have made several previous attempts to act as unauthorized administrators and to defraud Plaintiffs (here in after known as M&M) of its Property located at: 852 Oakton Pond CT Marietta, GA (herein after known as: PROPERTY) allowing said defendants to place fraudulent claims against M&M's PROPERTY or claiming any action against M&M's rightful ownership interest.

The intellectual property was infringed upon by Weissman PC/ Seth Weissman and HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS. M&M's Intellectual Property claim and other notices were filed in Superior court, Cobb county records on August 20,2018. Our revocation of power of attorney has been filed for each entity listed and noticed sent to each. (see attached exhibit D)

On July 18, 2003 a security deed was recorded for HOME STAR MORTGAGE SERVICES LLC. We later found out that HOME STAR MORTGAGE SERVICES LLC was dissolved in 2002.

In our research (via GSCCCA Real estate records) , we found that this security deed remained showing an alleged mortgage debt to HOME STAR MORTGAGE SERVICES LLC up until 2012 (still showing dissolved by the Secretary of State GA).

Our research, as detailed in the Pooling and Serving agreement (On the SEC website and attached to this complaint), the cut-off date for this Remic was November 1, 2003 with a closing date of November 25th 2003. Adding this alleged loan roughly 9 years later (2012) would have made the entire REMIC defective (ultimately collapsing this REMIC). As the PSA identifies, moving this loan into this REMIC 9 years later is impossible and totally unlawful. A complaint and investigation has been filed with the SEC in reference to the listed REMIC's validity considering the unlawful transfer. (see exhibits and filed complaints).

## IV.    Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

This complaint is made for good cause on the grounds that M&M and Trust RES will suffer great and irreparable injury if the status quo is not preserved until this matter can be adjudicated in a court of law, M&M's Civilian administrators would also lose their home and the family including children will be displaced, During the pendency of this complaint, M&M is seeking to set aside and have defendants cease and desist with wrongful foreclosure and deceitful trustee sale, breach of contract, fraud in the factum, violation of interest, violations of the Fair Debt Collections Practices Act, SEC violations with associated with Pooling and Servicing Agreement.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.  Do not make legal arguments.  Include any basis for claiming that the wrongs alleged are continuing at the present time.  Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts.  Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Plaintiffs (hereinafter "M&M") applies for a temporary restraining order for good cause against said defendants and their agents, affiliates, servants, trustees and employees from the following actions, and an order to show cause as to why a preliminary injunction should not be granted enjoining defendants and their agents from unlawfully foreclosing against M&M on its real property located at 852 Oakton Pond Ct NW, Marietta, Georgia (hereinafter "PROPERTY"). Requesting HSBC BANK, NA  to provide a release of lien on 852 Oakton Pond Ct NW, Marietta  Georgia to:   The 1929 M&M FAMILY MINISTRIES EXPRESS TRUST (PRIVATE SPECIAL PRIORITY), care of: P.O. Box 2053 Marietta, Georgia 30061. Allow for the damages listed above of $4,440,000.00.

## VI.      Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:            02/26/2020

Signature of Plaintiff

Printed Name of Plaintiff            James Maddox, civilian admin.; Janet Maddox, civilian admin.

### B.      For Attorneys

Date of signing:

Signature of Attorney            N/A

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

E-mail Address

# EXHIBITS

# ATTACHED

# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑   - Health Care Powers

Xx - Financial Powers

❑   - Other: _____

I, <u>James Maddox</u>, hereby immediately revoke those portions covering decisions of
the document titled Security Deed, that I previously executed on the 15th of
February, 2018 which appointed <u>Weissman.</u> as my agent and <u>Home Star</u>
<u>Mortgage Services, LLC</u> as my alternate successor agent. I hereby notify said
agent(s) and any other interested persons and institutions that all portions of said
document are revoked.

This revocation takes effect immediately. A photocopy has the same effect as an
original.

This revocation was signed this $\underline{24}$ of July, 2019.

Signature of Principal by: _____

Print Name <u>JAMES MADDOX</u>

NOTE: Provide copies to anyone who may have copies of the Power of Attorney
that is being revoked. Retain the original of this form in your personal papers.

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of Cobb   ]

On this *24* day of *July* _____, in the year 20 *19*, before me

*June Vazquez* , a notary public, personally appeared

James Maddox, proved on the basis of satisfactory evidence to be the person(s)

whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.



Witness my hand and official seal.

Print Name *June Vazquez*

My Commission Expires on *May 10, 2020*

(Seal)

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020

# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑   - Health Care Powers

Xx - Financial Powers

❑   - Other: _____

I, <u>James Maddox</u>, hereby immediately revoke those portions covering decisions of

the document titled Security Deed, that I previously executed on the 15th of

February, 2018 which appointed <u>Seth M Weissman.</u> as my agent and <u>Home Star</u>

<u>Mortgage Services, LLC</u> as my alternate successor agent. I hereby notify said

agent(s) and any other interested persons and institutions that all portions of said

document are revoked.

This revocation takes effect immediately. A photocopy has the same effect as an

original.

This revocation was signed this _____ of July, 2019.

Signature of Principal _____

Print Name _JAMES MADDOX_____

NOTE: Provide copies to anyone who may have copies of the Power of Attorney

that is being revoked. Retain the original of this form in your personal papers.

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of **Cobb** _____ ]

On this *2¥*day of **July** _____, in the year 20 *19*, before me

*June Vazvez* , a notary public, personally appeared

**James Maddox** , proved on the basis of satisfactory evidence to be the

person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.

Witness my hand and official seal.

Print Name *June Vazvez*

My Commission Expires on *May 10, 2020*

(Seal)

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020



# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑   - Health Care Powers

Xx - Financial Powers

❑   - Other: _____

I, <u>Janet Maddox</u>, hereby immediately revoke those portions covering decisions of

the document titled Security Deed, that I previously executed on the 15th of

February, 2018 which appointed <u>Weissman</u> as my agent and <u>Home Star Mortgage</u>

<u>Services, LLC</u> as my alternate successor agent. I hereby notify said agent(s) and

any other interested persons and institutions that all portions of said document are

revoked.


This revocation takes effect immediately. A photocopy has the same effect as an

original.


This revocation was signed this _____ of July, 2019.

Signature of Principal By: _____

Print Name _JANET MADDOX_____


NOTE: Provide copies to anyone who may have copies of the Power of Attorney

that is being revoked. Retain the original of this form in your personal papers.

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of Cobb  ]

On this _24_ day of _July_____, in the year 20_19_, before me

_June Vazquez_____, a notary public, personally appeared

Janet Maddox, proved on the basis of satisfactory evidence to be the person(s)

whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.



Witness my hand and official seal.

Print Name _June Vazquez_

My Commission Expires on _May 10, 2020_

(Seal)

```
                JUNE VAZQUEZ
              Notary Public, Georgia
                  Cobb County
            My Commission Expires
                 May 10, 2020
```

# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑   - Health Care Powers

Xx - Financial Powers

❑   - Other: _____

I, <u>Janet Maddox</u>, hereby immediately revoke those portions covering decisions of the document titled Security Deed, that I previously executed on the 15th of February, 2018 which appointed <u>Seth M Weissman</u> as my agent and <u>Home Star Mortgage Services, LLC</u> as my alternate successor agent. I hereby notify said agent(s) and any other interested persons and institutions that all portions of said document are revoked.

This revocation takes effect immediately. A photocopy has the same effect as an original.

This revocation was signed this ___ of July, 2019.

Signature of Principal _____

Print Name _JANET MADDOX_____

NOTE: Provide copies to anyone who may have copies of the Power of Attorney that is being revoked. Retain the original of this form in your personal papers.

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of __Cobb_____ ]

On this _24_ day of __July_____, in the year 20__19__, before me

_June Vazquez_, a notary public, personally appeared

__Janet Maddox___, proved on the basis of satisfactory evidence to be the

person(s) whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.

_June Vazquez_

Witness my hand and official seal.

Print Name _June Vazquez_

My Commission Expires on _May 10, 2020_

(Seal)

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020



# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

☐   - Health Care Powers

Xx - Financial Powers

☐   - Other: _____

I, <u>James Maddox</u>, hereby immediately revoke those portions covering decisions of

the document titled Security Deed, that I previously executed on the 31st of July,

2012 which appointed <u>HSBC Bank, NA</u>

<u>Deutsche Alt-A Securities, Inc. Alternative Loan Trust, Series 2003-4XS</u> as my

agent and <u>Home Star Mortgage Services, LLC</u> as my alternate successor agent. I

hereby notify said agent(s) and any other interested persons and institutions that

all portions of said document are revoked.


This revocation takes effect immediately. A photocopy has the same effect as an

original.


This revocation was signed this  $\mathcal{20}$  of November, 2019.

Signature of Principal _____

Print Name _James Maddox_____


NOTE: Provide copies to anyone who may have copies of the Power of Attorney

that is being revoked. Retain the original of this form in your personal papers.


JM-REV-POA 11/2019

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of Cobb]

On this $\underline{20}$ day of November, in the year 2019, before me

$\underline{\text{June Vazquez}}$ , a notary public, personally appeared

James Maddox, proved on the basis of satisfactory evidence to be the person(s)

whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.



Witness my hand and official seal.

Print Name $\underline{\text{June Vazquez}}$

My Commission Expires on $\underline{\text{May 10, 2020}}$

(Seal)

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020

JM-REV-POA 11/2019

# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑   - Health Care Powers

Xx - Financial Powers

❑   - Other: _____

I, <u>James Maddox</u>, hereby immediately revoke those portions covering decisions of the document titled Security Deed, that I previously executed on the 18th of July, 2013 which appointed <u>Mortgage Electronic Registration Systems, Inc. (MERS)</u> as my agent and <u>Home Star Mortgage Services, LLC</u> as my alternate successor agent. I hereby notify said agent(s) and any other interested persons and institutions that all portions of said document are revoked.

This revocation takes effect immediately. A photocopy has the same effect as an original.

This revocation was signed this _____ of November, 2019.

Signature of Principal _____

Print Name _____

NOTE: Provide copies to anyone who may have copies of the Power of Attorney that is being revoked. Retain the original of this form in your personal papers.

JM-REV-POA 11/2019

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of Cobb]

On this _20_ day of November, in the year 2019, before me

_June Vazquez_ , a notary public, personally appeared

James Maddox, proved on the basis of satisfactory evidence to be the person(s)

whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.



Witness my hand and official seal.

Print Name _June Vazquez_

My Commission Expires on _May 10, 2020_

(Seal)

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020

JM-REV-POA 11/2019

# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑    - Health Care Powers

Xx - Financial Powers

❑    - Other: _____

I, <u>Janet Maddox</u>, hereby immediately revoke those portions covering decisions of

the document titled Security Deed, that I previously executed on the 31st of July,

2012 which appointed <u>HSBC Bank, NA</u>

<u>Deutsche Alt-A Securities, Inc. Alternative Loan Trust, Series 2003-4XS</u> as my

agent and <u>Home Star Mortgage Services, LLC</u> as my alternate successor agent. I

hereby notify said agent(s) and any other interested persons and institutions that

all portions of said document are revoked.


This revocation takes effect immediately. A photocopy has the same effect as an

original.


This revocation was signed this _30_ of November, 2019.

Signature of Principal _____

Print Name _Janet Maddox_____


NOTE: Provide copies to anyone who may have copies of the Power of Attorney

that is being revoked. Retain the original of this form in your personal papers.


JM-REV-POA 11/2019

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of Cobb]

On this $\mathcal{90}$ day of November, in the year 2019, before me

_Sone Vazquez_ , a notary public, personally appeared

Janet Maddox, proved on the basis of satisfactory evidence to be the person(s)

whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.



Witness my hand and official seal.

Print Name _Sune Vazquez_

My Commission Expires on _May 10, 2020_

(Seal)

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020

JM-REV-POA 11/2019

# GEORGIA POWER OF ATTORNEY REVOCATION

Use of this form is for the power of attorney of:

❑    - Health Care Powers

   Xx - Financial Powers

❑    - Other: _____

I, <u>Janet Maddox</u>, hereby immediately revoke those portions covering decisions of

the document titled Security Deed, that I previously executed on the 18th of July,

2013 which appointed <u>Mortgage Electronic Registration Systems, Inc. (MERS)</u> as

my agent and <u>Home Star Mortgage Services, LLC</u> as my alternate successor

agent. I hereby notify said agent(s) and any other interested persons and

institutions that all portions of said document are revoked.


This revocation takes effect immediately. A photocopy has the same effect as an

original.


This revocation was signed this _70_ of November, 2019.

Signature of Principal _____

Print Name _Janet Maddox_____


NOTE: Provide copies to anyone who may have copies of the Power of Attorney

that is being revoked. Retain the original of this form in your personal papers.

JM-REV-POA 11/2019

# NOTARY ACKNOWLEDGMENT

[State of Georgia

County of Cobb]

On this _70_ day of November, in the year 2019, before me

_June Vazquez_ , a notary public, personally appeared

Janet Maddox, proved on the basis of satisfactory evidence to be the person(s)

whose name(s) (is/are) subscribed to this instrument, and acknowledged

(he/she/they) executed the same.



Witness my hand and official seal.

Print Name _June Vazquez_

My Commission Expires on _May 10, 2020_

(Seal)

```
JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020
```

JM-REV-POA 11/2019

Deed Book 15564 Page 4582
Filed and Recorded 8/20/2018 11:27:00 AM
2018-0107562
Rebecca Keaton
Clerk of Superior Court
Cobb County, GA
Participant IDs: 4154352844

Recording Requested By, and
When recorded mail to:
The James Maddox Estates
Pou Office Box 2053
Marietta, Georgia 30061

Deed Book 1 5 5 7 6 Pg 1 6 6 9

[Space above this line is for Recording purposes only]

## INTELLECTUAL PROPERTY CLAIM & OTHER NOTICES

KNOW ALL MEN BY THESE PRESENTS that all copyrights, patents, trade secrets, trademarks, trade names or brand, and right of publicity or personality rights in JAMES MADDOX., State of Georgia Registration No. 110-58-16011; Registered March 31ˢᵗ 1958, are solely owned by James Maddox (collectively, "James Intellectual Property"), including without limitation all derivatives or variations in the spelling of said trademark or trade name, signatures, images, likeness, identity, personal data, and any other unequivocal aspects of James Intellectual Property. Any possession, access, or use of James Intellectual Property does not transfer to you, or any third party, or grant any rights, title, and interest in or to such property.

WHEREAS, you may not use James Intellectual Property for your own personal use. You may not exploit, assign or share, or otherwise use the content of James Intellectual Property in any other public or commercial way without permission or contractual compensation. You may not copy or incorporate any of the content of James Intellectual Property into any other work, including Documents, any Social Media or News Media outlets, Advertising or Marketing Materials, Websites or Internet, Broadcasting or Televise, by Electronic or Software Means, or any other means without the prior, express, written consent and acknowledgement from James Maddox.

WHEREAS, James Maddox neither grants, nor implies, nor otherwise gives consent for any unauthorized use of James Intellectual Property, and any such unauthorized use is strictly prohibited. You must have written permission before you can use, post or redistribute any of James Intellectual Property.

NOW, THEREFORE, James Maddox reserves the right to file suit in any court of competent jurisdiction against any unauthorized Users, in the amount of One Million Dollars ($1,000,000.00), lawful money of the United States, together with attorney fees and court costs, for any civil liabilities, financial injuries, and other damages for infringement violations, tort, false advertisement, and the unauthorized use of James Intellectual Property.

IN WITNESS WHEREOF I hereunto set my hand and seal in the United States of America, State GEORGIA, COBB COUNTY, as of the date first registered on March 31ˢᵗ 1958; Nunc pro tunc:

GEORGIA, COBB COUNTY.
I HEREBY CERTIFY THE WITHIN AND FORE-
GOING TO BE A TRUE, CORRECT AND COM-
PLETE COPY OF THE ORIGINAL THAT APPEARS
IN Deed BOOK 15564 PAGE 4582
IN THIS OFFICE

THIS 28 DAY OF August 20 18

DEPUTY CLERK, COBB SUPERIOR
COURT, COBB COUNTY, GEORGIA

JAMES MADDOX.

James Maddox Sole Owner

The James Maddox Estates Established 1958. Intellectual Property Claim & Other Notices. All rights reserved.

Deed Book 15564 Page 4583
Rebecca Keaton
Clerk of Superior Court

Deed Book 1 5576 P₂ 1 670

## NOTARY ACKNOWLEDGMENT

UNITED STATES OF AMERICA

STATE OF GEORGIA

On this 20 day, August 2018, before me, __Alisa__  __Khouri__ personally appeared:
James Maddox, who proved to me on the basis of satisfactory evidence to be the person on
whose behalf the name is subscribed to the within instrument and acknowledged to me that he/she
executed the same in his/her authorized capacity, and that by his/her signature on the instrument
the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under the laws of the State of Georgia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature of Notary Public

My commission expires: __Feb 21 2020__

ALISA KHOURI
NOTARY PUBLIC
Douglas County
State of Georgia
My Comm. Expires Feb. 21, 2020



The James Maddox Estate - Established 1994. Intellectual Property Claim & Other Notices. All rights reserved.

*Exhibit*

Deed Book 15564 Page 4591
Filed and Recorded 8/20/2018 11:25:00 AM
2018-0107564
Rebecca Keaton
Clerk of Superior Court
Cobb County, GA
Participant IDs: 4154352844

Recording Requested By, and,
When recorded send to:
The Janet Eileen Peters Estate®
Post Office Box 2083
Marietta, Georgia 30061

[Space above this line is for Recording purposes only]

## INTELLECTUAL PROPERTY CLAIM & OTHER NOTICES

**KNOW ALL MEN BY THESE PRESENTS** that all copyrights, patents, trade secrets, trademarks, trade names or brand, and right of publicity or personality rights in **JANET EILEEN PETERS®**, State of Georgia Registration No. 110-51-14790; Registered March 2nd 1961, and **JANET MADDOX**™ (Established 1980), are solely owned by **Janet E. Maddox** (collectively, "Janet's Intellectual Property"), including without limitation all derivatives or variations in the spelling of said trademark or trade name, signatures, images, likeness, identity, personal data, and any other unequivocal aspects of Janet's Intellectual Property. Any possession, access, or use of Janet's Intellectual Property does not transfer to you, or any third party, or grant any rights, title, and interest in or to such property.

**WHEREAS,** you may not use Janet's Intellectual Property for your own personal use. You may not exploit, assign or share, or otherwise use the content of Janet's Intellectual Property in any other public or commercial way without permission or contractual compensation. You may not copy or incorporate any of the content of Janet's Intellectual Property into any other work, including Documents, any Social Media or News Media outlets, Advertising or Marketing Materials, Websites or Internet, Broadcasting or Televise, by Electronic or Software Means, or any other means without the prior, express, written consent and acknowledgement from **Janet E. Maddox**.

**WHEREAS, Janet E. Maddox** neither grants, nor implies, nor otherwise gives consent for any unauthorized use of Janet's Intellectual Property, and any such unauthorized use is strictly prohibited. You must have written permission before you can use, post or redistribute any of Janet's Intellectual Property.

**NOW, THEREFORE, Janet E. Maddox** reserves the right to file suit in any court of competent jurisdiction against any unauthorized Users, in the amount of One Million Dollars ($1,000,000.00), lawful money of the United States, together with attorney fees and court costs, for any civil liabilities, financial injuries, and other damages for infringement violations, tort, false advertisement, and the unauthorized use of Janet's Intellectual Property.

**IN WITNESS WHEREOF** I hereunto set my hand and seal in the United States of America, State of Georgia, as of the date first registered on March 2nd 1961; *Nunc pro tunc*:

JANET EILEEN PETERS®

*by:*

Janet E. Maddox, Sole Owner

GEORGIA, COBB COUNTY
I HEREBY CERTIFY THE WITHIN AND FORE-
GOING TO BE A TRUE, CORRECT AND COM-
PLETE COPY OF THE ORIGINAL THAT APPEARS
IN *Deed* BOOK *15564* PAGE *4591*
IN THIS OFFICE

THIS *28* DAY OF *August* 20 *18*

DEPUTY CLERK, COBB SUPERIOR
COURT, COBB COUNTY, GEORGIA

*The Janet Eileen Peters Estate® Established 1961. Intellectual Property Claim & Other Notices. All rights reserved.*   Page 1 of 2

Deed Book 15564 Page 4592
Rebecca Keaton
Clerk of Superior Court

## NOTARY ACKNOWLEDGMENT

UNITED STATES OF AMERICA

STATE OF GEORGIA

On this ℒℴ day, August 2018, before me, _Alisa Khouri_ personally appeared:
Janet E. Maddox, who proved to me on the basis of satisfactory evidence to be the person on whose
behalf the name is subscribed to the within instrument and acknowledged to me that he/she executed the
same in his/her authorized capacity, and that by his/her signature on the instrument the person, or the entity
upon behalf of which the person acted, executed the instrument.

I certify under the laws of the State of Georgia that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_Alisa Khouri_
Signature of Notary Public

My commission expires: _Feb 21 2020_

```
┌──────────────────────────────────┐
│        ALISA KHOURI              │
│  ·     NOTARY PUBLIC            │
│        Douglas County           │
│        State of Georgia         │
│  My Comm. Expires Feb. 21, 2020 │
└──────────────────────────────────┘
```



# **LETTER OF INTENT**

James Maddox, Living Administrator
JAMES MADDOX ESTATE
c/o General Post Office – Box 2053
Maddox Province, Marietta, Georgia

**RE: Administrator's intent to only use United States Notes pursuant to 12 USC § 411 for
all financial transactions for the following entities: JAMES MADDOX
(EN LEGIS) XXX-XX-4734**

   Greeting Ladies, Gentleman and all others,

As the living administrator, it is my sole intent to redeem all Federal Reserve Notes pursuant to
Title 12 USC § 411 for United States Notes in all financial transaction that I am involved in.
Under no circumstance do I volunteer to pay the fees and taxes on a Federal Reserve Notes when
the same function can be served with United States Notes. Please make the necessary adjustment
in your records to reflect this constructive notice of corrective accounting for Tax purposes, it is
imperative to the protection of the Estate, Trust and the Maddox Family.

      Thank you for your time sincerely,

      James Maddox, Administrator

## **ACKNOWLEDGMENT**

Georgia State     _Cobb_     County

Before me personally appeared the above named individual(s) who were identified by driver's
licenses(s) and known to me to be James Maddox, the person(s) described and who executed the
foregoing instrument and acknowledged to and before me that they executed this instrument in
the capacity and for the purposes therein expressed.

WITNESS my hand and official seal this ___ day of January, 2020

           Notary Public

My Commission expires: _May 10, 2020_

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020

Document ID: JM 01112020-001     LOT

# LETTER OF INTENT

Janet E. Maddox, Living Administrator
JANET E. MADDOX ESTATE
c/o General Post Office – Box 2053
Maddox Province, Marietta, Georgia

**RE: Administrator's intent to only use United States Notes pursuant to 12 USC § 411 for all financial transactions for the following entities: JANET E. MADDOX (EN LEGIS) XXX-XX-2238**

      Greeting Ladies, Gentleman and all others,

As the living administrator, it is my sole intent to redeem all Federal Reserve Notes pursuant to Title 12 USC § 411 for United States Notes in all financial transaction that I am involved in. Under no circumstance do I volunteer to pay the fees and taxes on a Federal Reserve Notes when the same function can be served with United States Notes. Please make the necessary adjustment in your records to reflect this constructive notice of corrective accounting for Tax purposes, it is imperative to the protection of the Estate, Trust and the Maddox Family.

                        Thank you for your time sincerely,

                            Janet E. Maddox, Administrator

## ACKNOWLEDGMENT

Georgia State        _Cobb_      County

Before me personally appeared the above named individual(s) who were identified by driver's licenses(s) and known to me to be Janet E. Maddox, the person(s) described and who executed the foregoing instrument and acknowledged to and before me that they executed this instrument in the capacity and for the purposes therein expressed.

WITNESS my hand and official seal this _11th_ day of January, 2020

_____ Notary Public

My Commission expires: _May 10, 2020_

JUNE VAZQUEZ
Notary Public, Georgia
Cobb County
My Commission Expires
May 10, 2020

**NewRez**

C/O PHH Mortgage Services
1 Mortgage Way
Mt. Laurel, NJ 08054

Tel  888-820-6474
Fax  856-917-8300

November 7, 2019

Loan Number: 8010641192

James Maddox
Janet Maddox
P.O. Box 2053
Marietta, GA 30061-2053

**Property Address:**
852 Oakton Pond Ct NW
Marietta, GA  30064-2071

**NOTICE OF ERROR RESPONSE**

Dear Customer(s):

**PLEASE NOTE THE FOLLOWING IMPORTANT COMMUNICATION REGARDING YOUR ACCOUNT.**

After investigating the issues raised in your correspondence concerning your mortgage loan account referenced above, we have determined that no error occurred.  The reason(s) for our determination are as follows:

This letter is a "qualified written request" in compliance with and under the Real Estate Settlement Procedure Act, Title 12 U.S.C. Section 2605 (e) as well as Title 12 U.S.C. Section 2602 (3). While we strived to provide the requested information for all questions, if the request was considered overly broad or burdensome, we may not have been able to provide the applicable information.

The loan originated with Home Star Mortgage Services LLC on July 18, 2003, when the accountholder purchased the above referenced collateral property. On June 1, 2019, the servicing rights of the loan were transferred to PHH Mortgage Services with the account due for October 1, 2011. As PHH was not involved in the origination of the mortgage, we are not able to comment on concerns regarding the origination of the mortgage. The information we provide in response to your request is limited to the servicing of the account. We are obligated to service the mortgage in accordance with the terms of the Note and Mortgage signed by the accountholders.

Further, the information we provide in relation to your request is limited only to the servicing of this account. PHH is obligated to service the account according to the terms and conditions of the original Note and Mortgage, copy of security deed and last billing statement are enclosed for your review.

PHH is servicing the loan in accordance with all applicable federal and state laws.

Below is the complete information of the owner of the mortgage:

HSBC Bank USA N.A, Deutsche Alt-A Securities, Inc., MLT, SERIES 2003-4XS
Mailing address:
8 East 40th Street Ctla-Structured Finance
New York, NY 10016
Phone: 904.623.8408 — *TIPP Bank*

PHHMC services the loan on behalf of the owner of the loan.

The details of any transactions transferring the interest are generally determined to be confidential, proprietary or privileged and is not properly within scope of this information request as it does not pertain to the current servicing of your account. More information related to specific transactions can be found on the Securities and Exchange Commission website.

*Log in to MortgageQuestions.com --- your servicing website connection.*

 **NewRez**
C/O PHH Mortgage Services
1 Mortgage Way
Mt. Laurel, NJ 08054

Tel  888-820-6474
Fax 856-917-8300

A Note or a partial interest in the Note can be sold one or more times without prior notice to the borrower. Such a sale might result in a change in the entity known as the 'Loan Servicer' that collects periodic payments due under the Note and Mortgage and performs other mortgage loan servicing obligations under the Note, Mortgage and Applicable Laws.

PHH Mortgage Services is licensed to collect debts.  However, if you wish to verify PHH status in this regard, you may contact the State of New York, Department of Financial Regulation.

The loan originated with Mortgage Electronic Registration Systems (MERS) as the original beneficiary of the Deed of Trust/Mortgage solely as nominee for the original lender its successors and assigns, and the loan was then registered on the MERS system under MIN #100135813110017425. While a loan is registered on the MERS system, assignments of the Deed of Trust/Mortgage are not required for transfers of the Deed of Trust/Mortgage as the MERS system is designed to track these transfers. Additional information regarding MERS may be obtained at www.mersinc.org.

On June 1, 2019, PHH Mortgage Services acquired the servicing rights of the mortgage from Ocwen Loan Servicing LLC. Our response is based upon the available account records acquired from Ocwen, as well as account records maintained by PHH.

We are unable to provide you our servicing notes are they are for internal purposes only.

We have enclosed a copy of the PHH's and Ocwen payment histories for your reference. Please refer the history for any fees and expenses assessed by the prior servicer of this mortgage. The servicing of this account was transferred from Ocwen Loan Servicing, transactions shown in the attached history detail that occurred on or after the effective date of transfer are non-financial and for internal record keeping purposes only.

The foreclosure proceedings may be initiated on the property when the loan becomes delinquent. However, foreclosure proceedings vary from state to state. The Statue of Limitations did not expire for this mortgage as there are no foreclosure activities on the property.

We have applied all the payments received on the loan in accordance with all applicable federal and state laws and as outlined in the original Note and any agreed upon amendments thereto.  Included is a payment history for your review. If after review of these documents, you believe that any payment that you remitted was not applied accurately to the loan, please provide us with additional information regarding the specific payment, in order for us to research the matter further.  You may forward any additional information to the address reference above this letter.

The mortgage account still reflects an outstanding unpaid principal balance of $489,329.88. Hence, the debt is still active and the accountholder is still liable for the debt.

Please be advised, the correspondence you provided cannot be used to alter, amend, or release the liability for the above referenced loan.  This response shall in no way be construed as an agreement to settle a debt. Any omissions or silence on any subject of the inquiry do not constitute PHH's consent of or agreement with statement not do we intend to waive any rights relating to this mortgage.  Please be aware that the property remains secured by the underlying Mortgage and the Note remains in full force and effect.

If any request was overly broad or unduly burdensome and not in conformity with 12 U.S.C. 2605, we did not.

We have updated our records to stop communication on the account. PHH will no longer be able to contact you by phone regarding collection of the debt. Please contact us if you wish to resume the collection calls.

We cannot stop billing statements, federal notices and litigation notices as we are required by law to send them to customers regarding their accounts. If you have attorney representation, you may request that all communication be directed to the representing attorney. Please submit detailed written authorization for attorney representation to the address referenced above.

A review of our records do not indicate any authorization updated for any attorney's.

If you have a specific concern related to the servicing of this mortgage account, please provide us with additional information regarding the concern, in order for us to research the matter further.

*Log in to MortgageQuestions.com --- your servicing website connection.*

Print Complaint Form

OMB Control No. 1557-0232
Expiration Date: 6/30/2021

# CUSTOMER COMPLAINT FORM

Transaction ID: 200226c2d0f8a2

Please fill in this form completely. Once we receive your form, you will receive a confirmation e-mail.
You will receive a separate e-mail containing your assigned case number within 48 hours. Please keep
your case number for future contact with our office. **You will have the option to PRINT the form after
submission.**

**Have you tried to resolve your complaint with your financial institution?**
**YES**
The OCC recommends that you attempt to resolve your complaint with your financial institution first.
Please contact your financial institution to allow them the opportunity to resolve your issue(s).

## Helpful Hints:

- **Check to make sure that your financial institution is a national bank or federal savings
  association (thrift). Search Financial Institutions (a new browser window will open)**
  If you don't know the name of your financial institution, check your bank or credit card statement.
  The institution's name will be indicated on the statement.

- **If your complaint involves more than one financial institution, you will need to submit a
  separate complaint form for each institution involved. You will receive separate case
  numbers for each institution. Do NOT send additional information unless requested.**

- **Complaints should NOT be emailed, faxed, or mailed in addition to the online submission.
  Only ONE form should be submitted unless your complaint involves more than one
  financial institution. The online form is subject to user time limitations for security
  purposes. If your session exceeds the limitations, any information you have entered will
  be lost. To avoid this, gather all necessary information prior to entering the form.**

## Please Note:

- **We cannot act as a court of law or as a lawyer on your behalf**
- **We cannot give you legal advice**
- **We cannot become involved in complaints that are in litigation or have been litigated**

## YOUR INFORMATION

The Account Owner/Holder should complete this section.
First Name:
**James**                                              Middle Name:
Last Name:
**Maddox**
Street Address:
**P.O. Box 2053**
City:
**Marietta**
State:                                                 Zip:
**GA**                                                 **30061**

Phone:
**6786625788**
E-mail:
**jmaddox2220@yahoo.com**

What is the best way to contact you?
**Phone, E-mail**
When is the best time to contact you?
**Morning, Afternoon, Evening**

## REPRESENTATIVE CONTACT INFORMATION

If you want us to communicate with your attorney or other legal representative directly, please provide the information below. **Your submission of this portion of the form authorizes our office to release information to your attorney or other legal representative if requested.**

Relationship:
Attorney ____      Representative ____      Not Applicable (Skip Section) _**X**_

Please indicate the type of authorization you have granted to your Attorney or Representative :
Power of Attorney ____     Letters Testamentary ____     Court Appointed Executor or Administrator ____
Other ____

Name of Representative:
First Name:                              Middle Name:
Last Name:
Street Address:
City:
State:                                   Zip:
Phone:
E-mail:

What is the best way to contact your representative?
When is the best time to contact your representative?

## FINANCIAL INSTITUTION OR COMPANY INFORMATION THAT IS SUBJECT OF THE COMPLAINT

Helpful Hint: If you don't know the name of your financial institution, check your bank or credit card statement. The institution's name will be indicated on the statement.

Name of Financial Institution or Company:
**HSBC BANK USA N.A**
Street:
**452 5th Ave**
City:
**New york**
State:                                   Zip:
**NY**                                   **10018**
Phone:
**8009754722**

Type of Account(s): (If you are unsure of the type of account(s), please contact your financial institution for assistance.)

| | |
|---|---|
| Deposit Account (Checking, Savings) ____ | Credit Card ____ |
| Loan Product (Consumer, Mortgage, Home Equity) _**X**_ | Asset Management (Trust Accounts) ____ |
| Consumer Leasing ____ | Non-Deposit Account (Investments) ____ |
| Insurance ____ | Other ____ |

Print Complaint Form

Have you tried to resolve your complaint with your financial institution or
**YES**
If Yes, when?                                          How?
**10/15/2018**                                        **Phone, Other**
Has the financial institution responded to your complaint?
**NO**
If Yes, when?                                          How?

Contact Name:
**James Maddox**
Title:
**Civilian Administrator/ Home owner**

## COMPLAINT INFORMATION

Describe events in the order they occurred, including any names, phone numbers, and a full description of the problem with the amount(s) and date(s) of any transaction(s). Be as brief and complete as possible to make the explanation clear. **Do not include personal or confidential information such as your social security, credit card, or bank accounts numbers.**

**OCC ASSISTANCE NEEDED FOR HSBC BANK, NA UNLAWFUL TRANSFER OF A LOAN INTO A CLOSED A REMIC. The allege loan in question: 1929 M&M FAMILY MINISTRIES EXPRESS TRUS T (PRIVATE SPECIAL PRIORITY), as administrator for the JAMES MADDOX and JANETMADDOX, Estateis requesting information from HSBC BANK, NA in reference to the alleged loan associate d with 852 OAKTON POND CT NW Marietta GA. The civilian administrators, James Maddox and J anet Maddox Intent was to only use lawful money. The property located at 852 OAKTON POND C T NW Marietta GA. was paid in full using Lawful money, United States Notes, NO Federal Reserv e notes were used. STATED BELOW ARE OUR ISSUES: OnJuly 18, 2003 a security deed was rec orded for HOME STAR MORTGAGE SERVICES LLC. We later found out that HOME STAR MORTG AGE SERVICES LLC was dissolved in 2002. In our research, we found that this security deed re mained showing a debt to HOME STAR MORTGAGE SERVICES LLC up until 2012 (still showing dissolved by the Secretary of State GA). On or around August 10, 2012on behalf of HSBC Bank, MERS unlawfully executed an assignment from HOME STAR MORTGAGE SERVICES LLC (who s hows as being dissolved in 2002) to HSBC BANK USA NATIONAL ASSOCIATION AS TRUSTEE F OR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS. Our research, as detailed in th e Pooling and Serving agreement (On the SEC website and attached to this complaint), the cut-o ff date for this Remic was November 1, 2003 with a closing date of November 25th 2003. Adding t his alleged loan roughly 9 years latter (2012) would have made the entire REMIC defective (ultim ately collapsing this REMIC). As the PSA identifies, moving this loan into this REMIC 9 years late r is impossible and totally unlawful. 1929 M&M FAMILY MINISTRIES EXPRESS TRUST (PRIVATE SPECIAL PRIORITY), is requesting assistance from the OCC,identifying the following informatio n: 1). Does HSBC BANK have any interest in 852 OAKTON POND CT NW Marietta GA. 2). Is WEIS SMAN PC lawfully working on behalf HSBC BANK in this matter) 3). Has HSBC BANK given WEI SSMAN PC authority to act as Power of Attorney for JAMES MADDOXand JANET MADDOX ESTA TES or 1929 M&M FAMILY MINISTRIES EXPRESS TRUST (PRIVATE SPECIAL PRIORITY)? 4). Is H SBC BANK the holder, affiliate, owner or administrator of the HSBC BANK USA NATIONAL ASS OCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MLT, SERIES 2003-4XS REMI C? 5). Is HSBC BANK aware that MERS transferred this loan to this REMIC after the cut-off and c lose date? 6). Is HSBC BANK aware that by unlawfully transferring a mortgage in a REMIC after i ts cut-off and closing date has rendered the entire REMIC defective? 7). Can HSBC BANK provid e a release of lien on 852 Oakton Pond Ct NW, Marietta Georgia to: The 1929 M&M FAMILY MINIS TRIES EXPRESS TRUST (PRIVATE SPECIAL PRIORITY) Care of: P.O. Box 2053 Marietta, Georgia 30061 THE BACKGROUND: HSBC Bank, N Ahas been identified (by WEISSMAN PC) as the holde r of the alleged notefor our property located at 852 Oakton Pond Ct NW, Marietta Georgia. There are major issues concerning HSBC Bank, NA. First and foremost there should be no loan on our property. This Property was settled, payment made in full with lawful money (United States Note**

s) in 2003. (see 12 USC 411). Our issues are as follows ☐ There should be no Mortgage as we ha ve corrected the record with the United States Treasury as this property was paid for in full with l awful money 12 USC 411. ☐ 1929 M&M FAMILY MINISTRIES EXPRESS TRUST (PRIVATE SPECIA L PRIORITY), is the administrative Trust that hold assets for JAMES MADDOX and JANET MADD OX Estates (including 852 Oakton Pond Ct NW, Marietta Georgia). ☐ WEISSMAN PC claims that HSBC BANK has a secured loan against JAMES MADDOX and JANET MADDOX. ☐ WEISSMAN P C is unlawfully attempting to act as an administrator of the JAMES MADDOX and JANET MADDO X Estates. WEISSMAN PC is also representing themselves as the attorney in fact for HSBC BAN K, NA and is specifyi

Please be advised that the issues described in this complaint will be shared with the financial institution or company in question.

PRIVACY ACT STATEMENT

The solicitation and collection of this information is authorized by 12 U.S.C. 1. The information is solicited to provide the Office of the Comptroller of the Currency (OCC) with data that is necessary and useful in reviewing requests received from individuals for assistance in their interactions with national banks or federal savings associations (thrifts). The provision of requested information is voluntary. However, without such information, the ability to complete a review or to provide requested assistance may be hindered. It is intended that the information obtained through this solicitation will be used within the OCC and provided to the national bank or federal savings association (thrift) that is the subject of the complaint or inquiry. Additional disclosures of such information may be made to: (1) other third parties when required or authorized by statute or when necessary in order to obtain additional information relating to the complaint or inquiry; (2) other governmental, self-regulatory, or professional organizations having: (a) jurisdiction over the subject matter of the complaint or inquiry; (b) jurisdiction over the entity that is the subject of the complaint or inquiry; or (c) whenever such information is relevant to a known or suspected violation of law or licensing standard for which another organization has jurisdiction; (3) the Department of Justice, a court, an adjudicative body, a party in litigation, or a witness when relevant and necessary to a legal or administrative proceeding; (4) a Congressional office when the information is relevant to an inquiry initiated on behalf of its provider; (5) Other governmental or tribal organizations with which an individual has communicated regarding a complaint or inquiry about an OCC-regulated entity; (6) OCC contractors or agents when access to such information is necessary; and (7) other third parties when required or authorized by statute.

Date: 2/26/2020 12:20:58 AM

I certify that the information provided on this form is true and correct to the best of my knowledge.

I Certify _X_    I Do Not Certify ___

If a valid OMB Control Number does not appear on this form, you are not required to complete this form.

## Freedom of Information Act Request Letter

Attorney General
Office of Information Policy (OIP)
U.S. Department of Justice Suite 11050
1425 New York Avenue, N.W.
Washington, D.C. 20530


Re: Freedom of Information Act Request

Dear Information Officer:

This is a request under the Freedom of Information Act, I hereby request the Judicial Private order/Executive Order/Congressional Records restricting the use of United States Notes. James Maddox and Janet Maddox has informed WEISSMAN PC, OCWEN Financial and HSBC Bank USA NATIONAL ASSOCIATION AS TRUSTEE FOR DEUTSCHE ALT-A SECURITIES, INC., MORTGAGE LOAN TRUST, SERIES 2003-4XS, that all of the Federal Reserve Notes that we receive shall be redeemed in lawful money pursuant to pursuant to 12 U.S.C. § 411 for United States Notes


I have attached supporting documents:

1. Title 12 U.S.C. § 411
2. Affidavit of National Civilian
3. Letter of Intent to Only use United States Notes
4. Affidavit of Subrogation in Equity

As the FOIA requires, please release all reasonably segregable non-exempt portions of documents. The agents are acting as stewards of a private non-abandoned Living Trust, under the guise of Attorney-In-Fact/ Administrators, after a revocation of power of attorney was placed on and for the public land records of Georgia Republic. This request is paramount in discovery of facts to prevent harm by continuing the practice of Usury, Banking Frauds and Fraudulent Concealment against the American People.

Note: All parties are aware of the intent to use United States Notes, which is governed by Congress/Congressional Act.

In order to help determine my status to assess fees, you should know that I am

A civilian seeking information for non-military, personal use and not for commercial use.

The Chairman of the Board of Trustees for JAMES MADDOX LIVING TRUST and seeking information for the forensic audit of Trust interest only. [non-commercial use]

I am requesting a waiver of all fees. Disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in my commercial interest. This would give a clear understanding of Land Trust Stewardship and non-abandon intertest in public and private land, by unregistered agents

If fees for this request are required, please contact me via the address listed below.

If you have any questions regarding this request, please contact me at the number below. I look forward to receiving your response withing the statutory time period.

Thank you for your consideration of this request.

Return address:
c/o P.O. Box 2053 Maddox Province
Marietta 61, Republic of Georgia 30061-9998[non-resident]

678-662-5788
Jmaddox2220@yahoo.com

**Sincerely,**

**By: James Maddox**